In the Interest of N.W., M.W. and R.L.W.

Forestal LAWTON, Juvenile Officer, Respondent,

v.

J.R.W. and A.W., Appellants.

No. WD 42750.

Missouri Court of Appeals, Western District.

July 31, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied Nov. 20, 1990.

Laura Higgins Tyler, Kansas City, for appellants.

Anne E. Rauch, Lori Stipp, Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAIN, JJ.

ORDER

PER CURIAM.

Natural father appeals from orders terminating his parental rights to his three children, N.W., M.W. and R.L.W.

Judgment affirmed. Rule 84.16(b).

**James and Susan McGAUGH, Appellants,**

v.

**David and Kay LAUTENSCHLAGER, Respondents.**

No. WD 42795.

Missouri Court of Appeals, Western District.

July 31, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied Nov. 20, 1990.

James H. Bell, Kansas City, for appellants.

Larry J. Tyrl, Kansas City, for respondents.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Plaintiff appeals from a summary judgment.

Judgment affirmed. Rule 84.16(b).